```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JANE DOE and JOHN DOE,                              :
:
:
                                  Plaintiffs,       :
:                 24-cv-5922 (LJL)
          -v-                                       :
:                   ORDER
:
OXFORD HEALTH PLANS (NY), Inc. et al.,              :
:
                                  Defendants.       :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiffs' motion to file the complaint under a pseudonym is granted subject to reconsideration after Defendants have been served and there is an opportunity for adversarial briefing. The Court has evaluated the motion against the factors set forth in *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 188–89 (2d Cir. 2008), and has reached a preliminary determination that those factors are satisfied given the highly sensitive nature of the matters involved in the litigation, the vulnerability of the Plaintiff, the private nature of the dispute, and the risk of harm to the party seeking to proceed anonymously if her name is publicly revealed.

      The Clerk of Court is directed to permit the filing of the complaint and to issue a summons upon the request of the Plaintiffs.

      SO ORDERED.

Dated: August 13, 2024
       New York, New York

                                                LEWIS J. LIMAN
                                         United States District Judge