```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
DOE et al., :
:
: 
Plaintiffs, :
: 24-cv-05922 (LJL)
-v- :
: ORDER
:
OXFORD HEALTH PLANS (NY), INC., et al, :
:
Defendants, :
:
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Plaintiff Jane Doe is ordered to show cause no later than November 13, 2024, why the order at Dkt. No. 9 should not be vacated and Plaintiff directed to disclose Plaintiff's identity on the publicly filed complaint, or in the alternative, to the Defendants, subject to an appropriate protective order that permits Defendants to defend this case. Responsive papers will be due November 20, 2024, and reply papers due November 22, 2024.

    SO ORDERED.

Dated: November 8, 2024
       New York, New York

                                         LEWIS J. LIMAN
                                         United States District Judge