**Robinson+Cole**

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

April 25, 2025

> The request is granted. Plaintiffs' deadline to file an amended complaint is extended to June 4, 2025. Defendant's obligation to file a responsive pleading to the existing complaint is suspended pending filing of the amended complaint. The telephonic conference currently scheduled for May 8, 2025, is adjourned to June 16, 2025, at 2:30 p.m. Parties are directed to dial in to the Court's teleconference line at 646-453-4442 and use the conference ID 358639322.
>
> SO ORDERED.
>
> Date: 4/28/25
>
> LEWIS J. LIMAN
> United States District Judge

(*Via ECF*)
Hon. Lewis J. Liman, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   *Jane Doe, et, al. v. Oxford Health Plans (NY), Inc., et. al.*
      Case No.: 24-cv-05922(LJL)

Dear Judge Liman:

This office represents the Defendant,[1] Oxford Health Insurance, Inc. ("Oxford" and/or "Defendant"), in the above-referenced matter. Pursuant to Rule 1(D) of Your Honor's Individual Practices in Civil Cases, Defendant, jointly with Plaintiffs, Jane Doe and John Doe (collectively, "Plaintiffs'), write to respectfully request an extension for Plaintiffs to file an Amended Complaint in this matter as well as an adjournment of the upcoming conference scheduled for May 8, 2025 to allow time for Plaintiffs and Defendant (the "Parties") to confer on settlement. In addition, because Plaintiffs' Counsel has indicated that if the Parties cannot resolve this matter that he will seek to file an Amended Complaint, Defendant requests that its time to plead be extended until after Plaintiffs file their Amended Complaint.

On April 14, 2025, Your Honor granted in part and denied in part the motion to dismiss the Complaint. In so doing, Your Honor ordered that Plaintiffs "have until May 5, 2025 to file an amended complaint. If no amended complaint is filed by that date, the Court will assume Plaintiffs elect to proceed on the current complaint." Also, Your Honor scheduled "a telephonic conference [for] May 8, 2025." (Dkt. 45). Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendant has until April 28, 2025 to file a responsive pleading to the remaining allegations in the Complaint. However, Plaintiffs recently advised Defendant that they intend on filing an Amended Complaint. As such, Defendant requests that its time to plead be extended until after Plaintiffs file their Amended Complaint. Furthermore, to

---

[1] Pursuant to the April 14, 2025 decision, the Court dismissed the Defendants, Oxford Health Plans (NY), Inc., Oxford Health Plans, LLC, UnitedHealthcare Insurance Company, and UnitedHealthcare Group Incorporated, with prejudice from this lawsuit. (Dkt. 45).

Boston | Hartford | New York | Washington, DC | Providence | Miami | Austin | Stamford | Wilmington | Philadelphia | Los Angeles | Albany

rc.com | Robinson & Cole LLP

Hon. Lewis J. Liman
April 25, 2025
Page 2

allow the Parties time to confer on a possible resolution of this matter, the Parties request that the deadline to file the Amended Complaint and the upcoming conference be adjourned as follows:

|  | Current Dates | Proposed Dates |
| --- | --- | --- |
| Deadline to file an Amended Complaint | 05/05/25 | 06/04/25 |
| Telephonic Conference | 05/08/25 | 06/06/25 (*or at the Court's convenience*) |

We appreciate your attention to this matter.

Respectfully submitted,

Matthew P. Mazzola

cc: All Counsel of Record (*via* ECF)